# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TONYA ASH;  SOMER WILLIAMS;
LAKEISHA TROTTER;  and
NATANIA MOHN, all individually
and on behalf of others similarly
situated                                                                    PLAINTIFFS


v.                                    No. 4:17-cv-385-DPM


K-MAC ENTERPRISES, INC.                                          DEFENDANT


## ORDER

1.      Plaintiffs have moved to conditionally certify a collective action under the Fair Labor Standards Act, for disclosure of contact information for potential opt-in plaintiffs, and for approval of related notices. № 13. The Court appreciates the parties' stipulation, № 21, but it must make an independent judgment.

2.      In terms of K-Mac's hourly rate and bonus structure, current and former K-Mac general managers, assistant managers, and shift assistant managers are similarly situated.  All material circumstances considered, plaintiffs have made the modest factual showing required under the fairly lenient legal standard.  *Hoffman-La Roche, Inc. v.*

*Sperling*, 493 U.S. 165 (1989); *Freeman v. Wal-Mart Stores, Inc.*, 256 F. Supp. 2d 941, 944–45 (W.D. Ark. 2003). Though group members haven't all worked in the same location, they've had the same jobs during the same time period and were subject to the same bonus policies. *Smith v. Frac Tech Services, LLC*, No. 4:09-cv-679-JLH (E.D. Ark. 24 Nov. 2009). The Court therefore conditionally certifies the following group:

> All current and former general managers (also known as "RGMs") and assistant managers (also known as "AMs" and "SAMs") who worked for K-Mac Enterprises, Inc., at any Taco Bell, KFC, or Long John Silver's restaurant and who were paid an hourly rate and received bonus pay at any time since 9 June 2014.

The Court directs K-Mac, if it hasn't already done so, to give plaintiffs' counsel (in electronic spreadsheet format) a list of names, addresses, and e-mail addresses of group members.

**3.** The notice, proposed consent forms, reminder postcard, and e-mail are approved with tweaks. № 13-2, № 13-3, № 13-4, & № 13-5. Please name the employer in the group description. For clarity, please change the format of all dates to date/month/year. Please delete the dash in "hourly paid" each time that phrase appears. And please insert the joinder deadline, of course. The Court applauds the accurate references to the collective action and the group rather than to a class.

Plaintiffs' counsel may send these messages by regular mail and e-mail.
Here's the schedule.

- K-Mac produces spreadsheet          10 January 2018
- Notice period opens                 10 January 2018
- Deadline to mail notice             19 January 2018
- Deadline to mail thirty-day
  reminder postcard                   19 February 2018
- Opt-in period closes                5 March 2018

*      *      *

Mostly unopposed motion, № 13, granted as modified.

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

27 December 2017