IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TONYA ASH, SOMER WILLIAMS, LAKEISHA**                                **PLAINTIFFS**
**TROTTER and NATANIA MOHN, Each Individually**
**and on Behalf of Others Similarly Situated**

vs.                               No. 4:17-cv-385-DPM

**K-MAC ENTERPRISES, INC.**                                              **DEFENDANT**

### JOINT MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT AND FOR DISMISSAL OF LAWSUIT WITH PREJUDICE

COME NOW Plaintiffs Tonya Ash, Somer Williams, Lakeisha Trotter and Natania Mohn, each individually and on behalf of all others similarly situated, by and through their attorneys Steve Rauls and Josh Sanford of the Sanford Law Firm, PLLC, and Defendant K-Mac Enterprises, Inc., by and through its attorney John Brown of Ogletree Deakins, Nash, Smoak and Stewart, P.C. (collectively, the "Parties"), and for their Joint Motion for Approval of FLSA Collective Action Settlement and for Dismissal of Lawsuit with Prejudice, they do hereby state and allege as follows:

1.      Plaintiffs filed suit against the Defendant asserting individual and collective action claims for alleged violation of the Fair Labor Standards Act ("FLSA") arising out of alleged miscalculation of overtime premiums.

2.      On 27 December 2017, the Court granted Plaintiffs' request for conditional certification of the following collective action group: All current and former general managers and assistant managers who worked for K-Mac Enterprises, Inc., at any Taco Bell, KFC, or Long John Silver's restaurant and who were paid an hourly rate and

Page 1 of 3
Tonya Ash, et al., v. K-Mac Enterprises, Inc.
U.S.D.C. (E.D. Ark.) Case No. 4:17-cv-385-DPM
Joint Motion for Approval of FLSA Collective Action Settlement

received bonus pay at any time since 9 June 2014. ECF No. 22.

3. In addition to the four Named Plaintiffs, 188 persons joined the collective action. Another 11 persons who did not file timely consents to join this action filed a separate, substantially similar action styled *Jackson, et al. v. K-Mac Enterprises, Inc.*, No. 4:19-cv-48-DPM, that is also pending before this Court.

4. The Parties have reached an agreement to settle the overtime claims of the persons who joined this collective action, subject to this Court's approval of their Settlement Agreement.[1]

5. The Eighth Circuit has acknowledged a circuit split over whether District Courts are required to review settlements of FLSA claims, but has declined to decide the issue. *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). This Court typically reviews such settlements for fairness. *See, e.g.*, *Birch v. RHD Jr., Inc.*, No. 4:17-cv-384-DPM, 2019 U.S. Dist. LEXIS 20684 (E.D. Ark. Feb. 8, 2019).

6. The Parties' settlement agreement is attached hereto as Exhibit 1. The Parties, all of whom were represented by experienced counsel throughout this litigation, believe the Settlement Agreement to be a fair, reasonable, and adequate compromise of disputed claims.

WHEREFORE, for the reasons stated above, the parties respectfully request the Court approve the Settlement Agreement, dismiss of this case with prejudice, and grant such other relief as the Court finds just and proper.

---

[1] The Parties to the *Jackson* case have also settled, and will file a separate Motion for Approval.

Page 2 of 3
**Tonya Ash, et al., v. K-Mac Enterprises, Inc.**
**U.S.D.C. (E.D. Ark.) Case No. 4:17-cv-385-DPM**
**Joint Motion for Approval of FLSA Collective Action Settlement**

        Respectfully submitted,

        **TONYA ASH, SOMER WILLIAMS, LAKEISHA TROTTER, and NATANIA MOHN, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

        SANFORD LAW FIRM, PLLC
        ONE FINANCIAL CENTER
        650 SOUTH SHACKLEFORD, SUITE 411
        LITTLE ROCK, ARKANSAS 72211
        TELEPHONE: (501) 221-0088
        FACSIMILE: (888) 787-2040

        Steve Rauls
        Ark. Bar No. 2011170
        steve@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

and    **K-MAC ENTERPRISES, INC., DEFENDANT**

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
        500 Preston Commons
        8117 Preston Road
        Dallas, Texas 75225
        Telephone: (214) 987-3800

        John B. Brown, Esq.
        john.brown@ogletreedeakins.com

**Page 3 of 3**
**Tonya Ash, et al., v. K-Mac Enterprises, Inc.**
**U.S.D.C. (E.D. Ark.) Case No. 4:17-cv-385-DPM**
**Joint Motion for Approval of FLSA Collective Action Settlement**