IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TONYA ASH; SOMER WILLIAMS;
LAKEISHA TROTTER; and NATANIA
MOHN, Each Individually and on
Behalf of Others Similarly Situated                     PLAINTIFFS

v.                      No. 4:17-cv-385-DPM

K-MAC ENTERPRISES, INC.                                 DEFENDANT

## ORDER

The joint motion to approve the settlement, № 62, is granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). The settlement reflects a good-faith compromise of disputed overtime compensation issues. Group counsel's fees are fair and reasonable too, considering the amount of work done in this case. The complaint will be dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 March 2019