IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TONYA ASH; SOMER WILLIAMS;
LAKEISHA TROTTER; and NATANIA
MOHN, Each Individually and on
Behalf of Others Similarly Situated                    PLAINTIFFS

v.                      No. 4:17-cv-385-DPM

K-MAC ENTERPRISES, INC.                                DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 March 2019